UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANNE WAUGH, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| vs. ) | Case No: 4:06-cv-00827 (JCH) |
| ) | |
| JOHN E. POTTER, ) | |
| Postmaster General of the United States ) | |
| Postal Service, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Pursuant to the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion for Summary Judgment (Doc. No. 9) is **GRANTED** and the Plaintiff's claims are dismissed with prejudice.

Dated this 19th day of October, 2006.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

1